# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MARK S. KROEGER,<br><br>　　　　　Respondent. | 8:16CV355<br><br>ORDER |

　　　　This matter came on for hearing on the United States' Petition to Enforce an Internal Revenue Service summons (Filing 1). On July 19, 2016, this Court entered an Order directing the Respondent to appear before the Court on August 22, 2016 to show cause why he should not be ordered to comply with the summons, among other things (Filing 3). The Respondent failed to respond to the Order and failed to appear at the hearing on August 22, 2016.

　　　　Upon consideration, and for good cause shown,

　　1.　**IT IS ORDERED** that the allegations in the Petition (Filing 1) are deemed admitted;

　　2.　**IT IS FURTHER ORDERED** that the Respondent shall comply with the summons attached to the Petition by September 1, 2016;

　　3.　**IT IS FURTHER ORDERED** that the United States shall promptly inform the Court of the Respondent's full compliance or non-compliance with the summons;

　　4.　**IT IS FURTHER ORDERED** that if the Respondent fails to comply with the summons by September 1, 2016, the Respondent shall appear before the undersigned United States Magistrate Judge in the District Court of the United States for the District of Nebraska, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska on the

23rd day of September, 2016 at 1:30 p.m. to show cause why he should not be held in contempt of the Court's Order of July 19, 2016 (Filing 3) and of this Order, or to purge himself of contempt by providing the summonsed testimony and documents.

5. **IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to the Respondent at the following address:

> Mr. Mark Kroeger
> 6219 North 155th Street
> Omaha, NE 68116

6. **IT IS FURTHER ORDERED** that if the Respondent fails to comply with the summons or appear as ordered herein, the undersigned will submit a Report and Recommendation to the District Court that a Contempt Order be entered in connection with which the Respondent shall be sentenced to the custody of the Attorney General of the United States until such time as he shall purge himself of contempt.

DATED this 23rd day of August, 2016.

> BY THE COURT:
>
> s/ Thomas D. Thalken
> United States Magistrate Judge