# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA,**

        Petitioner,

vs.

**MARK S. KROEGER,**

        Respondent.

8:16CV355

ORDER

This matter is before the court on the petitioner's Notice of Dismissal (Filing No. 8). The petitioner seeks to voluntarily dismiss further court action because the respondent substantially complied with the IRS summons at issue. Accordingly,

**IT IS ORDERED**:

1. The petitioner's Notice of Dismissal (Filing No. 8) is granted.

2. The Clerk of Court shall cancel the hearing previously scheduled for September 23, 2016, and close the case.

Dated this 13th day of September, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge